UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV 20-07752-FLA (MRWx) | Date | March 12, 2021 |
|---|---|---|---|
| Title | Chandler McFall, et al.   v. Perrigo Company, et al. | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| V.R. Vallery | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Sara Avila – VTC | Daniel Herling – VTC |
| David F. Slade – VTC | Adam Korn – VTC |
| Gillian L. Wade – VTC | Nicole Ozeran – VTC |
| | Hannah Shanks-Parkin – VTC |

**Proceedings:**   **Defendant Perrigo Company's Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. 35)**

**Defendant Walmart Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(2) (Dkt. 37)**

The hearing is held by videoconference.   Recording or re-broadcasting of the proceedings is prohibited.   The Court and counsel confer.   Following discussions with counsel, the motions are taken under submission and a written order will issue.

|  | 1 | : | 05 |
|---|---|---|---|
| Initials of Preparer | vrv | | |