| | |
|---|---|
| **MILSTEIN JACKSON FAIRCHILD & WADE, LLP**<br>Gillian L. Wade (SBN 229124)<br>gwade@mjfwlaw.com<br>Sara D. Avila (SBN 263213)<br>savila@mjfwlaw.com<br>Marc A. Castaneda (SBN 299001)<br>mcastaneda@mjfwlaw.com<br>10990 Wilshire Blvd., 8th Floor<br>Los Angeles, CA 90024<br>Tel: (310) 396-9600<br>Fax: (310) 396-9635<br><br>*Attorneys for Plaintiffs* (*additional counsel for Plaintiffs on signature page*)<br><br>**GREENBERG TRAURIG, LLP**<br>Rick L. Shackelford (SBN 151262)<br>ShackelfordR@gtlaw.com<br>Hannah B. Shanks-Parkin (SBN 305753)<br>ShanksParkinH@gtlaw.com<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2121<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br><br>*Attorneys for Defendant*<br>*Walmart Inc.* | **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**<br>Daniel J. Herling (SBN 103711)<br>djherling@mintz.com<br>44 Montgomery Street, 36th Floor<br>San Francisco, California 94104<br>Telephone: 415-432-6000<br>Facsimile: 415-432-6001<br>djherling@mintz.com<br><br>**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**<br>Arameh Z. O'Boyle (SBN 239495)<br>azoboyle@mintz.com<br>Adam B. Korn (SBN 331133)<br>abkorn@mintz.com<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067<br>Telephone: 310-586-3200<br>Facsimile: 310-586-3202<br><br>*Attorneys for Defendant*<br>*Perrigo Company* |

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDLER McFALL and KAILEY McDONALD, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br>vs.<br><br>PERRIGO COMPANY, and WALMART INC.,<br><br>Defendants. | Case No. 2:20-cv-07752-FLA-MRW<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO STAY MATTER**<br><br>[PROPOSED ORDER LODGED CONCURRENTLY]<br><br>Assigned to the Hon. Fernando L. Aenlle-Rocha<br><br>Action Filed: August 25, 2020 |

**NOTICE OF SETTLEMENT AND REQUEST TO STAY MATTER**

1    Pursuant to Local Rule 40-2, the Parties hereby jointly notify the court that
2 they have reached a settlement in the above-captioned case, resolving their dispute
3 in its entirety.  The Parties anticipate being able to finalize a settlement agreement
4 and file a stipulation of dismissal of this matter in its entirety within twenty-eight
5 (28) days.
6    To avoid any further expense, and in the interests of judicial economy, the
7 Parties stipulate to stay all discovery and motion practice and hereby jointly apply to
8 this Court to stay all current deadlines and hearings, including the November 3,
9 2021 hearing on the Joint Stipulation Pursuant to Local Rule 27 re Plaintiffs'
10 Discovery Disputes (ECF No. 112), and stay the matter for twenty-eight (28) days
11 from today's date, *i.e.*, up to and including November 29, 2021, to permit the parties
12 to finalize a settlement agreement and to file a stipulation for dismissal of the
13 matter.
14    All signatures listed, and on whose behalf the filing is submitted, concur in the
15 filing's content and have authorized the filing.

November 2, 2021

Respectfully submitted,

 /s/ *Gillian L. Wade*
Gillian L. Wade
Sara D. Avila
Marc A. Castaneda
**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
10990 Wilshire Boulevard 8th Floor
Los Angeles, CA 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates, California State Bar No. 167688
hbates@cbplaw.com
David Slade (*pro hac vice*)
dslade@cbplaw.com

1
**NOTICE OF SETTLEMENT AND REQUEST TO STAY MATTER**

519 W. 7th Street
Little Rock, Arkansas 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

**PEARSON, SIMON & WARSHAW, LLP**
Melissa S. Weiner (to apply *pro hac vice*)
mweiner@pswlaw.com
Joseph C. Bourne (SBN 308196)
jbourne@pswlaw.com
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

**EDELSBERG LAW, P.A.**
Scott Edelsberg, California State Bar No. 330990
scott@edelsberglaw.com
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
Telephone: (305) 975-3320

**DAPEER LAW, P.A.**
Rachel Dapeer (*pro hac vice*)
Rachel@dapeer.com
300 S. Biscayne Blvd, #2704
Miami, FL 33131
Telephone: (305) 610-5523

**SHAMIS & GENTILE, P.A.**
Andrew Shamis (to apply *pro hac vice*)
ashamis@shamisgentile.com
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Telephone: (305) 479-2299

*Counsel for Plaintiffs*

2
**NOTICE OF SETTLEMENT AND REQUEST TO STAY MATTER**

| | | |
|---|---|---|
| 1 | November 2, 2021 | Respectfully submitted, |
| 2 | | */s/ Rick L. Shackelford* |
| 3 | | Rick L. Shackelford |
| | | Hannah B. Shanks-Parkin |
| 4 | | **GREENBERG TRAURIG, LLP** |
| 5 | | 1840 Century Park East, Suite 1900 Los Angeles, CA 90067-2121 |
| 6 | | Telephone: (310) 586-7700 |
| 7 | | Facsimile: (310) 586-7800 |
| 8 | | *Attorneys for Defendant* |
| 9 | | *Walmart Inc.* |
| 11 | November 2, 2021 | Respectfully submitted, |
| 12 | | */s/ Daniel J. Herling* |
| 13 | | Daniel J. Herling |
| 14 | | **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.** |
| 15 | | 44 Montgomery Street, 36th Floor |
| | | San Francisco, California 94104 |
| 16 | | Telephone: 415-432-6000 |
| 17 | | Facsimile: 415-432-6001 |
| | | djherling@mintz.com |
| 19 | | Arameh Z. O'Boyle |
| | | Adam B. Korn |
| 20 | | **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.** |
| 21 | | 2029 Century Park East, Suite 3100 |
| 22 | | Los Angeles, CA 90067 |
| 23 | | Telephone: 310-586-3200 |
| | | Facsimile: 310-586-3202 |
| 26 | | *Counsel for Defendant Perrigo Company* |

3
**NOTICE OF SETTLEMENT AND REQUEST TO STAY MATTER**

**ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)(i)**

I, Gillian L. Wade, attest that all signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

                                           */s/ Gillian L. Wade*
                                              Gillian L. Wade

**NOTICE OF SETTLEMENT AND REQUEST TO STAY MATTER**