# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDLER MCFALL and KAILEY McDONALD, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br>  v.<br><br>PERRIGO COMPANY, and WALMART INC.,<br><br>       Defendants. | Case No. 2:20-cv-07752-FLA (MRWx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) AS TO PLAINTIFFS' INDIVIDUAL CLAIMS ONLY [DKT. 130]** |

     On December 3, 2021, Plaintiffs Chandler McFall and Kailey McDonald ("Plaintiffs") and Defendants Perrigo Company and Walmart, Inc. ("Defendants") filed a Joint Stipulation for Voluntary Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii) as to Plaintiffs' Individual Claims Only (the "Stipulation"). Dkt. 130. The court, having considered the Stipulation, and good cause appearing therefor, hereby ORDERS that this action is DISMISSED WITH PREJUDICE as to Plaintiffs' individual claims only.

     IT IS SO ORDERED

Dated: December 7, 2021

                                    FERNANDO L. AENLLE-ROCHA
                                    United States District Judge